Curtis E. RIDDICK, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7039.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 4, 2003.

Rehearing En Banc Denied Jan. 13, 2004.

Before RADER, BRYSON, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.